# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Bruce E. Bates Sr.                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-10737 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

                 Respectfully submitted,

                 /s/ *Michael Farrington*
                 Michael Farrington
                 09 Apr 2024, 11:34:56, EDT

                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322