**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Bruce E. Bates Sr.              CHAPTER 13

<ins>Debtor(s)</ins>

BKY. NO. 24-10737 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

                                   Respectfully submitted,

                                   /s/ *Michael Farrington*
                                   Michael Farrington
                                   09 Apr 2024, 11:34:56, EDT

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322