**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                      : Chapter 13
                                            :
   Bruce E Bates, Sr.                        :
      Debtor                              : Bankruptcy No. 24-10737 AMC

**<u>CERTIFICATE OF SERVICE</u>**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtor's Amended Chapter 13 Plan sent on May 8, 2024, by electronic notification and/or United States First Class Mail to the Office of the Trustee, and all secured and priority creditors using the addresses listed in the claims register.

                        **\s\ Michael Schwartz**
                        **MICHAEL SCHWARTZ, ESQUIRE**
                        **Attorney for Debtor**