# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>BRUCE E BATES, SR<br><br>CrossCountry Mortgage, LLC,<br>    Movant<br><br>vs.<br><br>BRUCE E BATES, SR ,<br>    Debtor | Case No. 24-10737-amc<br>Chapter 13 |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN

CrossCountry Mortgage, LLC ("Movant"), by and through its legal counsel, hereby withdraws its Objection To Confirmation Of Plan filed on March 25, 2024, Doc # 11.

This 9th day of May, 2024.

>  */s/Andrew Spivack*
> Andrew Spivack, PA Bar No. 84439
> Matthew Fissel, PA Bar No. 314567
> Mario Hanyon, PA Bar No. 203993
> Ryan Starks, PA Bar No. 330002
> Jay Jones, PA Bar No. 86657
> Attorney for Creditor
> BROCK & SCOTT, PLLC
> 3825 Forrestgate Drive
> Winston Salem, NC 27103
> Telephone: (844) 856-6646
> Facsimile: (704) 369-0760
> E-Mail: PABKR@brockandscott.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>BRUCE E BATES, SR<br><br>CrossCountry Mortgage, LLC,<br>    Movant<br><br>vs.<br><br>BRUCE E BATES, SR ,<br>    Debtor | Case No. 24-10737-amc<br>Chapter 13 |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Objection to Confirmation of Plan has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

MICHAEL SETH SCHWARTZ, Debtor's Attorney
707 Lakeside Office Park
Southampton, PA 18966
msbankruptcy@gmail.com


KENNETH E. WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107


Via First Class Mail:

BRUCE E BATES, SR
3833 GERYVILLE PIKE
PENNSBURG, PA 18073

Date: <u>May 10, 2024</u>

<u>*/s/Andrew Spivack*</u>
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com