# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Bruce E. Bates, Sr. | : | Chapter 13 |
| | : | |
| **Debtor** | : | |
| **CrossCountry Mortgage, LLC** | : | |
| Movant | : | **Bankruptcy Case Number** |
| | : | **24-10737 AMC** |
| | : | |
| v. | : | |
| | : | |
| **Bruce E. Bates, Sr.** | : | |
| | : | |
| Respondent/Debtor | : | |
| And | : | |
| Kenneth E. West, Esquire | : | |
| Trustee | : | |

## CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached response to the Motion of CrossCountry Mortgage LLC was sent this 5th day of August 2024 via electronic notification and/or United States, First Class Mail, postage prepaid to all secured and priority creditors (if any) at the address listed in the claims register:

**Movant's Counsel**
Denise Carlon, Esq.
KML Law Group

**Trustee:**
Kenneth E West, Esquire
Chapter 13 Standing Trustee

　　　　　　　　　　　　　　　　　　　　　　\s\ Michael Schwartz
　　　　　　　　　　　　　　　　　　　　**MICHAEL SCHWARTZ, ESQUIRE**
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor