### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     **Bruce E. Bates, Sr.**          :     **Chapter 13**
                                                              :     **Bankruptcy No.**
                                                              :     **24-10737 AMC**

### CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached Motion to Modify Plan After Confirmation was this 14th day of October, 2024, served by electronic notification and/or United States First Class Mail to the Office of the Trustee and all creditors who filed claims using the address listed in the claims register.

                                                                     **/s/ Michael Schwartz**
                                                                     **MICHAEL SCHWARTZ, ESQUIRE**
                                                                     Attorney for Debtor