**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Bruce E. Bates, Sr.** | **:** | **Chapter 13** |
| | | **:** | **Bankruptcy No.** |
| | | **:** | <u>**24-10737 AMC**</u> |

**CERTIFICATION OF NO-OBJECTION OR RESPONSE**

I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed an application for supplemental fees with the Clerk of the United States Bankruptcy Court on October 14, 2024 and sent notice via electronic notification and/or First Class Mail on October 14, 2024 to the Trustee and all interested parties that they had fourteen (14) days to file an Answer, Objection or other responsive pleading; that more than fourteen (14) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading. I therefore request that the Court enter the Order accompanying said Motion.

Respectfully Submitted,


_____\s\ Michael Schwartz_____
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor