IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      **Bruce E. Bates, Sr.**                :      **Chapter 13**
                                                  :      **Bankruptcy No.**
                                                  :      **24-10737 AMC**

## ORDER

AND NOW, this day ___13th___ of ___November___, 2024 upon consideration of Debtor's Motion to Modify Plan After Confirmation ("Motion"), and after notice and hearing, and with consent of the Chapter 13 Trustee, it is hereby ORDERED that:

1. The Motion is granted;

2. The Debtor's Modified Chapter 13 Plan as presented in Debtor's Motion (docket no. 36) is APPROVED.

BY THE COURT:

_____
**Honorable Ashely M. Chan**
**Chief Bankruptcy Judge**