**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: BRUCE E BATES, SR.  : CHAPTER 13
:
: BANKRUPTCY 24-10737 AMC
DEBTOR  :

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtor's Objection to CrossCountry Mortgage LLC's Certification of Default sent on February 12, 2025, by electronic notification and/or United States First Class Mail to Denise Carlon, Esquire (email) – counsel for CrossCountry Mortgage LLC, NA and the Office of the Trustee.

\s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**